(January 8, 1980)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH STEVEN MURDIE, Appellant.—Application for writ of habeas corpus denied on the ground such remedy does not lie to obtain release on bail pending appeal *(Matter of Lefkowitz v Cioffi,* 46 AD2d 473, 475). Mahoney, P. J., Sweeney, Kane, Staley, Jr., and Herlihy, JJ., concur.